# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141020-1

ARLISS L. HILER, Personal Representative
of the ESTATE OF DAVID PAUL FLOREY,
Deceased,
   Plaintiff-Appellee,

v

J. FINTAN COOPER, M.D.,
   Defendant-Appellant,

and

MID MICHIGAN REGIONAL MEDICAL
CENTER-MIDLAND,
   Defendant.
_____/

SC: 141020-1
COA: 294233; 294234
Midland CC: 06-001453-NH;
08-003046-NH

   On order of the Court, the application for leave to appeal the January 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

Clerk

d0621